**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1482**

---

LAURIE M. METRO,

Plaintiff - Appellant,

versus

LEWIS GALE CLINIC,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-01-936)

---

Submitted:  September 30, 2002     Decided:  October 11, 2002

---

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Laurie M. Metro, Appellant Pro Se.  William David Paxton, GENTRY LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Laurie Metro appeals the district court's order granting summary judgment to Defendant in this action arising under the Americans With Disabilities Act and the Family and Medical Leave Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Metro v. Lewis Gale Clinic, No. CA-01-936 (W.D. Va. Apr. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED